IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA PETTWAY, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | :  CIVIL ACTION 08-0618-KD-M |
| | : |
| EQUIFAX CREDIT INFORMATION | : |
| SERVICES, LLC, et al., | : |
| | : |
| Defendants. | : |

ORDER

On December 15, 2008, Plaintiff filed a Motion to Dismiss State Law Claims Without Prejudice (Doc. 31).  By Order dated December 15, 2008, Defendants were allowed until December 22, 2008, to file any objections to Plaintiff's Motion to Dismiss (Doc. 33).  No objections have been filed.

It is therefore **ORDERED** pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A) [a voluntary motion to dismiss by plaintiff not having been excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. § 636(b)(1)(B)] that Plaintiff's state law claims be and are hereby **DISMISSED, WITHOUT PREJUDICE**.

DONE this 5th day of January, 2009.

                                              s/Bert W. Milling, Jr.
                                              UNITED STATES MAGISTRATE JUDGE