IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA PETTWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 08-0618-KD-M |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, *et al*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered this date granting the motions for summary judgment filed by defendants Equifax Information Services, LLC, and Experian Information Solutions, Inc., it is hereby **ORDERED, ADJUDGED** and **DECREED** that plaintiff's claims against these defendants be and hereby are **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the 12th day of February, 2010.

**/s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**